**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| In re:  BASSA, OLGA<br>SSN: xxx-xx-4031<br>**Debtor(s)** | Chapter 13<br>Case No. 24-10404-JEB |

**TRUSTEE'S OBJECTION TO DEBTOR'S EXEMPTIONS**

Now comes Carolyn A. Bankowski, Standing Chapter 13 Trustee ("Trustee"), and respectfully objects to the Debtor's Exemptions, and for reasons says as follows:

1. The Debtor commenced this case by filing a Chapter 13 petition for bankruptcy relief on March 1, 2024.

2. On April 17, 2024, the Trustee convened and presided at the §341 meeting of creditors wherein the Debtor appeared with Counsel was sworn and examined.

3. The Debtor filed her Schedules on April 1, 2024. Review of the Debtor's Schedule C evidences that the Debtor is claiming the Massachusetts exemptions. The Debtor claims a 2019 Cadillac Escalade under MGLA c. 235 Sec. 34(16) totaling $15,000.00, however the debtor has over claimed the allowed amount. The Debtor is only entitled to claim the total amount of $7,500.00 under MGLA c. 235 Sec. 34(16).

4. The Debtor claims a 2019 Cadillac Escalade under MGLA c. 235 Sec. 34(17) totaling $8,150.00, however the debtor has over claimed the allowed amount. The Debtor is only entitled to claim the total amount of $6,000.00 under MGLA c. 235 Sec. 34(17) The Trustee objects to this exemption(s) as set-forth in Schedule C.

WHEREFORE, the Trustee requests that the Court sustain the Trustee's objection to Debtor's Exemptions.

Dated: April 23, 2024                    Respectfully submitted,

Carolyn A. Bankowski
Standing Chapter 13 Trustee
 **/s/ Carolyn A. Bankowski**
Carolyn A. Bankowski, BBO#631056
Office of the Chapter 13 Trustee
PO Box 8250
Boston, MA  02114-0033
(617) 723-1313
13trustee@ch13boston.com

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **In re:** BASSA, OLGA<br>SSN: xxx-xx-4031<br>**Debtor(s)** | Chapter 13<br>Case No. 24-10404-JEB |

## Certificate of Service

The undersigned hereby certifies that on <u>April 23, 2024</u>, a copy of the Trustee's Objection to Debtors Exemption was served by first class mail, postage prepaid on the debtor and debtor's counsel, or by electronic notice at the addresses set forth below.

Olga Bassa
23 Sagamore Lane
Boxford, MA 01921

Barry R. Levine, Esq.
100 Cummings Center
Suite 327G
Beverly, MA 01915

By: <u>/s/ **Carolyn A. Bankowski**</u>
Carolyn A. Bankowski